# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:22-cv-00642 |
| ) | |
| ZIMMER BIOMET HOLDINGS, INC., ) | |
| BIOMET INC., RACHEL TORRES, ) | |
| KYLE KAVEH KADIVI, and ) | |
| CHESTER WAYNE CARMACK, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Evanston Insurance Company through its counsel Tressler LLP, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Zimmer Biomet Holdings, Inc., Biomet Inc., Rachel Torres, Kyle Kaveh Kadivi and Chester Wayne Carmack.

Date: September 8, 2022

Respectfully submitted,

EVANSTON INSURANCE COMPANY

By: *Danita L. Davis*
One of its attorneys

William McVisk
Danita L. Davis
Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, IL 60606
(312) 627-4045
wmcvisk@tresslerllp.com
ddavissudac@tresslerllp.com