UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EVANSTON INSURANCE COMPANY,

   Plaintiff,

   v.

ZIMMER BIOMET HOLDINGS, INC, et al.,

   Defendants.

Case No. 3:22-CV-642 JD

## **ORDER**

On September 8, 2022, the plaintiff, Evanston Insurance Company, filed a notice that they were dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (DE 6.). Accordingly, this case is DISMISSED without prejudice. The Clerk is DIRECTED to CLOSE this case.

   SO ORDERED.

   ENTERED: October 18, 2022

                           /s/ JON E. DEGUILIO
                           Chief Judge
                           United States District Court